**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☑ 2nd | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Isiah El Amin _____  JOINT DEBTOR: _____  CASE NO.: 18-23434-RAM

SS#: xxx-xx- 6887 _____  SS#: xxx-xx- _____

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | |
|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | | ☑ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

   **A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

   1.  $6,929.59 _____  for months  1  to  8  ;

   2.  $7,175.94 _____  for months  9  to  60  ;

   **B.  DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $4250.00 | Total Paid: | $515.00 | Balance Due: | $3735.00 |

Payable  $933.75 _____ /month (Months  1  to  4  )

Allowed fees under LR 2016-I(B)(2) are itemized below:
Base Fee $3,500.00 plus one MTV Real Property @ $750.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.    TREATMENT OF SECURED CLAIMS**

   **A.  SECURED CLAIMS:** ☑ NONE
   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

   **B.  VALUATION OF COLLATERAL:** ☐ NONE
      IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

      **1.  REAL PROPERTY:** ☐ NONE

LF-31 (rev. 10/3/17)

Debtor(s): Isiah El Amin                                    Case number: 18-23434-RAM

| 1.  Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer | | **Payment** |
|---|---|---|
| | Value of Collateral: $330,000.00 | Total paid in plan: $380,492.00 |
| Address: PO Box 619094 Dallas, TX 75261-9741 | Amount of Creditor's Lien: $892,259.71 | $5,302.88 /month (Months 1 to 4 ) |
| Last 4 Digits of Account No.: 8823 | Interest Rate: 5.75% | $6,209.85 /month (Months 5 to 8 ) |
| | Check one below: | $6,431.57 /month (Months 9 to 60 ) |
| Real Property<br>☐ Principal Residence<br>☒ Other Real Property | ☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay | |
| Address of Collateral:<br>13800 N. Miami Avenue<br>Miami, FL 33168 | ☒ taxes  ☐ insurance directly | |

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☒ NONE

**C.  LIEN AVOIDANCE** ☒ NONE

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B.  INTERNAL REVENUE SERVICE:** ☒ NONE

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D.  OTHER:** ☒ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.  Pay** $26.78 /month (Months 5 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.  SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.  NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Isiah El Amin _____        Case number: 18-23434-RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Isiah El Amin _____ Debtor    April 12, 2019 _____        Joint Debtor _____
Isiah El Amin                                Date                                                        Date

/s/ Andres Montejo _____          April 12, 2019 _____
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**