# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 18-23434-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ISIAH EL AMIN

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING
## AND TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **November 12, 2019** at **01:35 pm** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 24th day of October, 2019.

          */s/ Nancy K. Neidich*_____
          NANCY K. NEIDICH, ESQUIRE
          STANDING CHAPTER 13 TRUSTEE
          P.O. BOX 279806
          MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS
CASE NO.: 18-23434-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
ISIAH EL AMIN
963 OLD HIGHWAY 51 ROAD
PICKENS, MS  39146

**ATTORNEY FOR DEBTOR**
ANDRES MONTEJO, ESQUIRE
6157 NW 167 STREET
SUITE F-21
MIAMI, FL  33015

**ANDRES MONTEJO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.